ACCEPTED
03-13-00599-CV
4853094
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 6:02:16 PM
JEFFREY D. KYLE
CLERK

**No. 03-13-00599-CV**

**In the
COURT OF APPEALS
for the
THIRD DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 6:02:16 PM
JEFFREY D. KYLE
Clerk

**Horse Hollow Generation Tie LLC,**

*Appellant*,

**v.**

**Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd., and David Olen Whitworth,**

*Appellees.*

**Appeal from the 119th District Court
Concho County, Texas**
*Honorable Garland B. Woodward, Judge Presiding*

**APPELLANT'S MOTION TO
RESCHEDULE ORAL ARGUMENT**

TO THE HONORABLE COURT OF APPEALS:

Horse Hollow Generation Tie LLC ("HHGT") respectfully moves the Court for a brief postponement and re-scheduling of the May 6, 2015 oral argument recently set by the Court. In support of this motion, HHGT would show the Court as follows.

1.     This motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(c).  The facts stated herein are within the personal knowledge of the undersigned attorney and therefore need not be supported by affidavit.  *See* Tex. R. App. P. 10.2.

2.     Appellant is Horse Hollow Generation Tie LLC.   Jeff Tillotson is lead counsel for Appellant.

3.     Appellees are Whitworth-Kinsey #2, Ltd., Whitworth-Kinsey #3, Ltd. and David Olen Whitworth.

4.     On February 27. 2105, the Court set this matter for oral argument on April 9, 2015.

5.     On March 5, 3015, Appellees filed their Unopposed Motion for Continuance of Submission and Oral Argument.  The request – which Appellants did not oppose – was due to a conflict on the part of Appellees' counsel.

6.     On March 6, 2015, the Court granted the request.

7.     On March 24, 2015, the Court reset the matter for oral argument on **May 6, 2015**.

8.     Unfortunately, the new date now conflicts with a long-scheduled personal trip for Lead Counsel for Appellant (Mr. Tillotson) and his spouse.  The trip was booked last year and is for the period of May 4 through May 17, 2015.  The trip involves travel to China and is prepaid and non-refundable.

9. Lead Counsel spent some time consulting with his client as to whether other lawyers within his firm could present the oral argument. After due consideration, the client has requested that Mr. Tillotson handle the argument given his long time involvement on this matter (Mr. Tillotson tried the underlying case now on appeal and is responsible for the appellate briefing).

10. In deference to his client's request, Mr. Tillotson now respectfully asks the Court to reset the oral argument for a date after May 17, 2015.

11. The undersigned realizes that this is a second request for re-scheduling (although the first by Appellees) but submits that such a re-scheduling is in the interest of justice and will no doubt promote domestic harmony.

12. The Court has authority to postpone oral argument in this case upon a showing of sufficient cause. *See* Tex. R. App. P. 10.5(c). The undersigned believes that good cause has been demonstrated.

13. In addition, counsel for Appellant has conferred with opposing counsel who stated that they do not oppose this request.

## **PRAYER**

Appellant hereby request that the Court re-schedule the oral argument and submission of this case to a date after May 17, 2015.

Dated:  April 10, 2015        Respectfully submitted,

**Jeffrey M. Tillotson, PC**
  State Bar No. 20039200
**Christopher J. Schwegmann**
  State Bar No. 24051315
**David S. Coale**
  State Bar No. 00787255
**Lynn Tillotson Pinker & Cox, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
214-981-3800 - Telephone
214-981-3839 – Facsimile

*Attorneys for Cross-Appellee/Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that on April 7, 2015, I personally conferred with Matthew F. Wymer, counsel for Appellees Whitworth-Kinsey #2, Ltd., Whitworth-Kinsey #3, Ltd. And David Olen Whitworth and that Mr. Wymer did not oppose the relief sought by this motion.

Jeffrey M. Tillotson, P.C.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that on April 10, 2015, the foregoing Motion to Postpone Oral Argument was electronically filed with the Clerk for the Third Court of Appeals. A copy was also served by email upon the following:

Laird Palmer
Law Offices of Laird Palmer
341 Ft. McKavitt
P.O. Box 860
Mason, Texas  76856
325-347-6350 – Telephone
325-347-6334 – Facsimile
Email:  Lplaw@tstar.net

Matthew F. Wymer
Beirne, Maynard & Parsons
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
210-582-0220 – Telephone
210-582-0231 – Facsimile
Email:  mwymer@bmpllp.com

_____
Jeffrey M. Tillotson, P.C.

4822-3512-5027, v. 2